Case 8:14-cr-00497-JSM-JSS Document 209 Filed 07/27/18 Page 1 of 3 PageID 1007
Page 1 of 3
Case 8:14-cr-00497-JSM-JSS Document 208 Filed 06/05/18 Page 1 of 3 PageID 1004

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

UNITED STATES OF AMERICA

vs

TEDRICK RANDALL

Case Number. 8:14-cr-497-T-30JSS

USM Number: 89862-071

Tamara Eve Theiss, AFPD
Frank Zaremba, AFPD

## JUDGMENT IN A CRIMINAL CASE
### For Revocation of Supervised Release

The Defendant admitted guilt to violation charge numbers One, Two, Three, Five, and Seven of the term of Supervised Release. Accordingly, the Court has adjudicated that the Defendant is guilty of these violation charge numbers:

| Violation Charge Number | Nature of Violation | Violation Ended |
| --- | --- | --- |
| One | Positive urinalysis for Cocaine, Methamphetamines, and Amphetamines on February 20, 2018, in violation of Condition Seven of the Standard Conditions of Supervision | February 20, 2018 |
| Two | Positive urinalysis for Cocaine, Methamphetamines, and Amphetamines on April 3, 2018, in violation of Condition Seven of the Standard Conditions of Supervision | April 3, 2018 |
| Three | Failure to submit to urinalysis in violation of the Court's order, which requires him to submit to periodic urine specimens for drug testing as directed by the probation officer | April 10, 2018 |
| Five | Failure to participate in Mental Health Counseling in violation of the Special Condition | April 10, 2018 |
| Seven | Positive urinalysis for Amphetamines and Cocaine on April 17, 2018, in violation of Condition Seven of the Standard Conditions of Supervision | April 17, 2018 |

Defendant is sentenced as provided in the following pages of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

IT IS ORDERED that Defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, Defendant shall notify the Court and United States Attorney of any material change in Defendant's economic circumstances.

I CERTIFY THE FOREGOING TO BE A TRUE AND CORRECT COPY OF THE ORIGINAL
CLERK OF COURT
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
BY: _____
DEPUTY CLERK

Date of Imposition of Sentence:

June 5, 2018

CHARLENE EDWARDS HONEYWELL
UNITED STATES DISTRICT JUDGE

June __5__, 2018

AO 245B (Rev. 09/17) Judgment in a Criminal Case

Case 8:14-cr-00497-JSM-JSS   Document 209   Filed 07/27/18   Page 2 of 3 PageID 1008
Page 2 of 3
Case 8:14-cr-00497-JSM-JSS   Document 208   Filed 06/05/18   Page 2 of 3 PageID 1005

Tedrick Randall
8:14-cr-497-T-30JSS

## IMPRISONMENT

Defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of 8 MONTHS.

The Court recommends to the Bureau of Prisons that Defendant be incarcerated at the closest correctional facility with the appropriate security level to FCI Miami as his first choice and FCI Jesup as his second choice.

The Court further recommends to the Bureau of Prisons, for safety reasons, that Defendant not be returned to USP Canaan or be incarcerated at FCC Coleman.

Defendant is remanded to the custody of the United States Marshal.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _6-29-18_ to _D. Edge, Warden_

at _FCI Jesup, GA_ , with a certified copy of this judgment.

UNITED STATES MARSHAL

By: _J. Bowen_ _____ CSO
Deputy U.S. Marshal

AO 245B (Rev. 09/17) Judgment in a Criminal Case

Case 8:14-cr-00497-JSM-JSS   Document 209   Filed 07/27/18   Page 3 of 3 PageID 1009
Case 8:14-cr-00497-JSM-JSS   Document 208   Filed 06/05/18   Page 3 of 3 PageID 1006
Page 3 of 3

Tedrick Randall
8:14-cr-497-T-30JSS

## SUPERVISED RELEASE

Upon service of sentence herein, Defendant shall be discharged from further jurisdiction of the Court in this case.

AO 245B (Rev. 09/17) Judgment in a Criminal Case